

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2016

No. 04-16-00675-CV

Tom **RETZLAFF**,
Appellant

v.

Philip R. **KLEIN**, Klein Investigations & Consulting and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant's Third Emergency Motion Requesting Enforcement of the Stay Order and for Sanctions or in the Alternative Request for Writ of Mandamus is DENIED. All proceedings in the trial court remain STAYED pending disposition of this appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court